UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALONZO TRAYLOR, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:21-CV-01912-X-BT |
| | § | |
| KOCHAV YACHID WINDJAMMER | § | |
| LLC; RONTOYIA GARRETT; and | § | |
| TRACY NEWBILL, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. [Doc. No. 20]. Plaintiff Alonzo Traylor filed an objection. [Doc. No. 21]. Traylor's objection reiterates the allegations in his complaints. As the magistrate judge's findings, conclusions, and recommendation explains, a party must make specific objections identifying "the specific finding or recommendation to which objection is made."[1] An objection like this one, "that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific."[2]

Because Traylor's objection merely reiterates the briefing before the magistrate judge, the Court finds that he has failed to state a specific objection to the

---

[1] Doc. No. 20 at 5.

[2] *Id.*

magistrate judge's findings. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, the Court will dismiss this action.

    **IT IS SO ORDERED** this 14th day of December, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE